**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6981**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRY BARNES,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  W. Earl Britt, District Judge.  (CR-92-58, CA-97-284-5-BR)

---

Submitted:  September 25, 1997        Decided:  October 9, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Terry Barnes, Appellant Pro Se.  Rudolf A. Renfer, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying without prejudice his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Barnes, Nos. CR-92-58; CA-97-284-5-BR (E.D.N.C. June 12, 1997).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Appellant's motion for appointment of counsel is hereby denied.

2